Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Doug Griffith (State Bar No. 185333)
Email: dgriffith@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendants
AMERICAN AIRLINES, INC.;
SKY CHEFS, INC. *dba* LSG SKY CHEFS;
and LSG GROUP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD S. DIENER,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.; GATE GOURMET, INC.; GATE GROUP; SKY CHEFS, INC.; LSG SKY CHEFS; LSG GROUP; and DOES 1 to 20,<br><br>    Defendants. | Case No.: 2:21-cv-5041<br><br>**JOINT NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441 ON THE GROUND OF DIVERSITY OF CITIZENSHIP UNDER 28 U.S.C. § 1332** |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Defendants American Airlines, Inc., Sky Chefs, Inc. *dba* LSG Sky Chefs, and LSG Group (collectively "Defendants"), by and through their attorneys at Victor Rane, hereby jointly remove this action from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California on the following grounds:

1.   On May 5, 2021, there was filed in the Superior Court of the State of

1. California for the County of Los Angeles a summons and complaint bearing Case No. 21STCV16859 in the records and files of that court (the "State Court Complaint"). A true and correct copy of the summons and State Court Complaint is attached as <u>Exhibit A</u>.

2. On May 5, 2021, there was filed in the United States District Court for the Central District of California a complaint bearing Case No. 2:21-cv-03810-AB-RAO (the "District Court Complaint"). A true and correct copy of the District Court Complaint is attached as <u>Exhibit B</u>.

3. Sky Chefs, Inc. *dba* LSG Sky Chefs and LSG Group received the summons and State Court Complaint on May 21, 2021. American Airlines, Inc. received the summons and State Court Complaint on May 26, 2021. Accordingly, the time for removal as set forth in 28 U.S.C. §1446(b) has not yet elapsed. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 356 (1999).

4. This is a civil action by plaintiff Todd Diener ("Plaintiff") against Defendants and other defendants for personal injuries allegedly arising from an incident on an American Airlines flight from JFK to LAX on May 11, 2019. (Exhibit A, p. 3, ¶¶ 13-16.)

5. The Court has original jurisdiction based on the existence of diversity of citizenship between the parties pursuant to 28 U.S.C. §1332 wherein the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441(b).

6. Plaintiff is a resident and citizen of the State of California for the purposes of 28 U.S.C. §1332. (Exhibit B, p. 1, ¶ 1.)

7. Defendant American Airlines, Inc.'s headquarters and principal place of business are in the State of Texas.

8. Defendant Sky Chefs, Inc. *dba* LSG Sky Chefs' headquarters and

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

JOINT NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §1441 ON THE GROUND OF DIVERSITY OF CITIZENSHIP UNDER 28 U.S.C. §1332
CASE NO.: 2:21-CV-5041

- 2 -

1   principal place of business are in the State of Texas.

2       9.     Defendant LSG Group's headquarters and principal place of business
3   are in Germany.

4       10.     Defendant Gate Gourmet, Inc.'s headquarters and principal place of
5   business are, according to the District Court Complaint, in the State of Virginia.
6   (Exhibit B, p. 2, ¶ 3.)

7       11.     Defendant Gate Group's headquarters and principal place of business
8   are, according to the District Court Complaint, in Switzerland. (Exhibit B, p. 2, ¶
9   4.)

10      12.     Defendants identified as "DOES 1 to 20" in the complaint are merely
11  fictitious parties against whom no cause of action can be validly alleged.  On
12  information and belief, no fictitiously designated defendant has been served with
13  process.  The citizenship of defendants sued under fictitious names, therefore, must
14  be disregarded pursuant to 28 U.S.C. §1441(b)(1).

15      13.     Plaintiff seeks damages in excess of $75,000. (Exhibit B, p. 3, ¶ 11.)

16      14.     On information and belief, neither of the two named defendants other
17  than Defendants, namely, Gate Gourmet, Inc. and Gate Group, have been served
18  with process, and even if they were to be served, on information and belief they
19  would consent to this removal.

20      15.     Accordingly, this action may be removed to this Court pursuant to the
21  provisions of 28 U.S.C. §1332, as there is complete diversity of citizenship
22  between the parties and the matter in controversy exceeds the sum or value of
23  $75,000, exclusive of interest and costs.

24  / /
25  / /
26  / /
27  / /

28  JOINT NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §1441 ON THE GROUND OF DIVERSITY OF CITIZENSHIP UNDER 28 U.S.C. §1332
CASE NO.: 2:21-CV-5041

- 3 -

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

WHEREFORE, Defendants pray that the above-entitled action now pending in the Superior Court of the State of California for the County of Los Angeles be removed to this Court pursuant to 28 U.S.C. §§1441 and 1332.

Dated: June 21, 2021                     Respectfully submitted

By: /s/ Doug Griffith
    Richard A. Lazenby
    Doug Griffith
    VICTOR RANE
    Attorneys for Defendant
    AMERICAN AIRLINES, INC.; SKY CHEFS, INC. *dba* LSG SKY CHEFS; and LSG GROUP

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849